**SO ORDERED: December 7, 2022.**



**Andrea K. McCord**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
|    AMY SUE HOLDIN ) | CASE NO. 22-70566–AKM-13 |
| ) | SSN xxx-xxx-6699 |
|    DEBTOR(S) ) | |

### ORDER TO PAY

**("Debtor")**
AMY SUE HOLDIN


**("Payor")**
SCHULTHEIS INSURANCE AGENCY
ATTN: PAYROLL DEPARTMENT
32 N. WEINBACH AVE.
EVANSVILLE, IN    47711


**COMES NOW** the Court and pursuant to 11 USC §1325(c) does now

**ORDER** that the above Payor shall deduct from the earnings of said debtor the total of $710.00 per **month**, which may be divided equally among pay periods, such deductions to begin on the next pay day following the receipt of this order and deduct a similar amount; (for each pay period thereafter, including any wages, commissions, contract payments, profit sharing, or any other source of income.  It is further ordered that the payor shall remit the withheld sum no less frequently than monthly to:

**Robert P. Musgrave**
**Chapter 13 Trustee**
**P. O. Box 6006**
**Memphis, TN  38101-6006**

Each such remittance shall be made payable to "Robert P. Musgrave, Trustee", and shall note the above debtor name and case number on each remittance. The remittance may also be made by electronic transfer; to make such arrangements contact the Trustee office at trusteegeneral@chap13evv.com.

**IT IS FURTHER ORDERED** that the Payor shall notify the Trustee if the Debtor ceases employment or if the income owed to the Debtor ceases for any other reason.

This Order is **not** subject to any state or federal garnishment laws or restrictions, and **no processing fee** of any kind is allowed or authorized to withhold the above sum from the Debtor's income.

This is a Court Order and may not be terminated without the written order of the Court or the written authorization of the Trustee

###